Joseph Leonard, Minor, by Agatha Fitzjarrald, His Mother and Next Friend, Appellee, v. Wayne Stone, Appellant.

Gen. No. 9,726.

150

 opinion filed January 27, 1942. Victor P. Michel, for appellant; Cassidy, Knoblock & Sloan, for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''